FILED

AUG 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM R. RIDDELL
458689  M-3-105
7819 N.W. 228th Street
Raiford, Florida, 32026

CASE NUMBER  1:05CV01680

JUDGE: Richard J. Leon

vs                        CIVIL A

DECK TYPE: FOIA/Privacy Act

DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS)
Central Office, Washington, D.C.; Regional
Office DFAS, London, Kentucky; Regional Office,
DFAS, Cleveland, Ohio, agencies of the U.S.
Government, et al.,

DATE STAMP: 08/22/2005

_____/

### PETITIONER'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action pursuant to the Freedom Of Information Act Title 5, U.S.C. §552, et. seq., as amended, to Order production of agency records consisting of all records of the DFAS in the London, Kentucky Regional Office of the DFAS; in the Regional Office of the Cleveland, Ohio DFAS and in the Central Office of the DFAS, Washington, D.C. which have:

    a. Been requested by the undersigned in the proper manner

    b. Have not been responded to by those agencies

    c. The period of time involved is from December 02, 2003 through August 31, 2005 in the instance of Petitioner's <u>Combat Related Special Compensation (CRSC)</u> and from October 09, 2001 through March 24, 2004 in the instance of Petitioner's <u>Retiree Account Statements, "VA Waiver,"</u> inclusive, by each agency of the Defense and Accounting Service.

1

2. Information sought relates to research on monies or entitlements due Petitioner/Plaintiff and not disbursed via CRSC created by Section 636, Public Law 107-314 effective June 1, 2003 and disparities in the Department of Veteran's Affairs submission of "VA Waiver" dollar amounts to DFAS as well as the process and procedure associated with computation or otherwise ascertaining amounts due Petitioner/Plaintiff, which includes dates transmitted to DFAS by the Department of the Navy, Navy Council of Personnel Records, the Department of Veterans Affairs and other federal agencies.

3. This Court has jurisdiction by virtue of the headquarters of DFAS being located in Washington, District of Columbia, which office directs the operations of the offices in London, Kentucky and Cleveland, Ohio.$^{1}$

4. Defendant (s) is an agency of the United States and has possession and/or control over the records sought by the Petitioner/Plaintiff.

5. Petitioner/Plaintiff is a retired United States Marine Corps Veteran since 1971, filing in proper personia, pro se.

6. By letter, mailed "return receipt-requested" via the United States Postal Service to DFAS, London, Kentucky and Cleveland, Ohio, Plaintiff requested the records described herein above relating to the management/mismanagement of Plaintiff/Petitioner (s) Combat-Related Hazardous Service, Combat-Related Armed Conflict, and Non-Combat Related Special Compensation (monthly payment amount, which since April 1, 2005 has been reduced from $210.00 to $108.00. Also Plaintiff/Petitioner (s) request to DFAS for a precise accounting clarifying the conundrum resulting from the Department of Veterans Affairs, St. Petersburg, Florida submission to DFAS, London, Kentucky and Cleveland, Ohio.

---

$^{1}$ pursuant to 5 USC 552 (a)

Also requested were other submissions regarding Plaintiff/Petitioner (s) DFAS Retiree Account Settlement "VA Waiver" which varied from $398.00 to $103.00 from October 9, 2001 through March 24, 2004, including any contacts with any other federal agencies.

7. More than ten (10) working days has passed and Plaintiff/Petitioner has not received the records sought.

8. Plaintiff/Petitioner has a statutory right to the records and information sought and there is no legal basis for Defendant's refusal to disclose same to Plaintiff/Petitioner.

9. WHEREFORE, Plaintiff/Petitioner prays that this Court will:

   a. Declare that Defendant's refusal to disclose the records requested by Plaintiff/Petitioner is unlawful;

   b. Grant Order directed to Defendant (s) to make the requested records available to Plaintiff/Petitioner immediately;

   c. Award Plaintiff/Petitioner his costs and reasonable fees in this action; and

   d. Grant such other aid and further relief as the Court may deem just and proper.

Respectfully submitted,

William R. Riddell, pro se
UNION CI M3-105
Raiford, FL 32026

Oath and Certificate of Service follow at page 4.

3.

## OATH/VERIFICATION

I, the undersigned, say I am the Petitioner in this action. I declare under penalty of perjury under the laws of the State of Florida that the foregoing allegation and statements are true and correct, except as too matter stated on my information and belief, and as to those matters, I believe them to be true. 92.525, F.S. See Shearer v State, 628 So.2d 1102 (Fla. 1993)

July 15, 2005
DATE

SIGNATURE OF PETITIONER
William R. Riddell, pro se

## PROOF OF SERVICE BY MAIL BY PRISONER "IN PRO PER"

On the "date" specified below, I served the indicated document on opposing counsel in this action at their business address pursuant to the "Prison Mailbox Rule."

Houston v Lack, 487 U.S. 266, 108 S.Ct. 2379; Haag v State, 591 So.2d 614 (Fla. 1992)

Thompson v State, 761 So.2d 324 (Fla. 2000) by placing the document in a properly addressed envelope, giving the envelope to a Correctional Officer who thereafter caused the document to be mailed by first class mail. Receipted on envelope or pleadings by STAFF on the 15th day of July 2005.

Case Name: Riddell v. DFAS

Case No: TBA

**Document(s) Served (check one)**

[ ] Petiton for Writ of Habeas Corpus; [ ] 3.850; [ ] 3.800; [ ] Civil [ ] 2254 [ ] 2241

[ ] Others (list):
Lawsuit pursuant to Freedom of Information Act

Service Upon (opposing counsel's name and address):
DFAS, Washington, D.C.; DFAS, Londo, Kentucky; DFAS, Clevelend, Ohio

I declare under penalty of perjury pursuant to Secton 92.525 Fla. Statutes that the foregoing is true and correct.

Executed at Raiford, Florida (city)

05 1680

PRINTED NAMED: William R. Riddell  DC# 458689  Loc. M-3-105
SIGNATURE: William R. Riddell
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026-

**FILED**
AUG 2 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REV. APRIL 2003

PAGE 4 OF 4

4.