Filed By: William R. Riddell
458689 M-3-105
7819 N.W. 228th Street
Raiford, Florida, 32026
September 6, 2005

FOR USE BY CLERK OF COURT ONLY

RECEIVED

SEP 15 2005

JUDGE RICHARD LEON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM R. RIDDELL,

    Plaintiff,

    vs                                  CASE NO: 05-1680-RJL

DEFENSE FINANCE AND ACCOUNTING SERVICE
ET AL.,

    Defendants.
_____/

PLAINTIFF'S NOTICE OF FILING CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE
AND NOTICE OF SERVICE OF CERTIFIED COPIES OF SUMMONS AND COMPLAINT UPON
ALL AND EACH DEFENDANT AT THEIR RECORD BUSINESS ADDRESSES AS DIRECTED

PLEASE TAKE NOTICE:

Defense and Accounting Services
Central Office
Washington, D.C.

Defense and Accounting Services
Regional Office
London, Kentucky

Defense and Accounting Services
Regional Office
Cleveland, Ohio

    ON the date shown below, Plaintiff, has filed his Notice of Consent To Proceed Before MAGISTRATE JUDGE and has served a certified summons and complaint upon each of the above named defendants, as directed.

Respectfully submitted,

William R. Riddell
pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__William R. Riddell__
Plaintiff(s)

v.                                                            Civil Action No. __05 1680-RJL__

__Defense Finance & Account Service__
Defendant(s)

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_/s/_                                                                _6 Sept 05_
~~Attorney for the Plaintiff(s)~~ Pro Se            Date


_____            _____
~~Attorney for the Defendant(s)~~                    Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c)(3) and the foregoing consent of the parties.


_____            _____
United States District Judge                           Date

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk of Court

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC § 636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned to all purposes to a Magistrate Judge.

CO-942A
Rev. 7/99