PROSE-PR, TYPE-I

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01680-RJL

RIDDELL v. DEFENSE FINANCE AND ACCOUNTING SERVICE et al
Assigned to: Judge Richard J. Leon
Cause: 05:552 Freedom of Information Act

Date Filed: 08/22/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

WILLIAM R. RIDDELL        represented by    WILLIAM R. RIDDELL
7819 N.W. 228th Street
Raiford, FL 32026
PRO SE

V.

**Defendant**

DEFENSE FINANCE AND ACCOUNTING SERVICE
*Central Office Washington DC*

**Defendant**

DEFENSE FINANCE AND ACCOUNTING SERVICE
*Regional Office London Kentucky*

**Defendant**

DEFENSE FINANCE AND ACCOUNTING SERVICE
*Regional Office Cleveland Ohio*



| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | 1 | COMPLAINT against DEFENSE FINANCE AND ACCOUNTING SERVICE(Central Office Washington DC), DEFENSE FINANCE AND ACCOUNTING SERVICE(Regional Office London Kentucky), DEFENSE FINANCE AND ACCOUNTING SERVICE(Regional Office Cleveland Ohio) (Filing fee $ 250) filed by WILLIAM R. RIDDELL. (td, ) (Entered: 08/26/2005) |
| 08/22/2005 |   | SUMMONS (5) Issued as to DEFENSE FINANCE AND ACCOUNTING SERVICE(Central Office Washington DC), DEFENSE |

| | | |
|---|---|---|
| | | FINANCE AND ACCOUNTING SERVICE(Regional Office London Kentucky), DEFENSE FINANCE AND ACCOUNTING SERVICE (Regional Office Cleveland Ohio), U.S. Attorney and U.S. Attorney General (td, ) (Entered: 08/26/2005) |
| 08/26/2005 | 2 | STANDING ORDER . Signed by Judge Richard J. Leon on 08/26/2005. (CB, ) (Entered: 08/26/2005) |
| 08/29/2005 | 3 | STANDING ORDER. Signed by Judge Richard J. Leon on 08/29/2005. (CB, ) (Entered: 08/29/2005) |
| 09/19/2005 | 4 | NOTICE re: Court's order dated 8/29/05 by WILLIAM R. RIDDELL 3 (jf, ) (Entered: 09/22/2005) |
| 11/14/2005 | 5 | NOTICE of filing consent to proceed before Magistrate Judge by WILLIAM R. RIDDELL (jf, ) (Entered: 11/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/27/2006 15:10:00 | | | |
| PACER Login: | us0796 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01680-RJL |
| Billable Pages: | 1 | Cost: | 0.08 |