## OATH/VERIFICATION

I, the undersigned, say I am the Petitioner in this action. I declare under penalty of perjury under the laws of the State of Florida that the foregoing allegation and statements are <u>true and correct</u>, except as to matter stated on my information and belief, and as to those matters, I believe them to be true. 92.525, F.S. See <u>Shearer v State</u>, 628 So.2d 1102 (Fla. 1993)

July 15, 2005
DATE

SIGNATURE OF PETITIONER
William R. Riddell, pro se

### PROOF OF SERVICE BY MAIL BY PRISONER "IN PRO PER"

On the "date" specified below, I served the indicated document on opposing counsel in this action at their business address pursuant to the "Prison Mailbox Rule."

<u>Houston v Lack</u>, 487 U.S. 266, 108 S.Ct. 2379; <u>Haag v State</u>, 591 So.2d 614 (Fla. 1992)

<u>Thompson v State</u>, 761 So.2d 324 (Fla. 2000) <u>by placing the document in a properly addressed envelope, giving the envelope to a Correctional Officer</u> who thereafter caused the document to be <u>mailed by first class mail.</u> Receipted on envelope or pleadings by STAFF on the 15th day of July 2005.

Case Name: Riddell v. DFAS

Case No: TBA

Document(s) Served (check one)

[ ] Petition for Writ of Habeas Corpus; [ ] 3.850; [ ] 3.800; [ ] Civil [ ] 2254 [ ] 2241

[ ] Others (list):
Lawsuit pursuant to Freedom of Information Act

Service Upon (opposing counsel's name and address):
DFAS, Washington, D.C.; DFAS, London, Kentucky; DFAS, Clevelend, Ohio

I declare under penalty of perjury pursuant to Section 92.525 Fla. Statutes that the foregoing is true and correct.

Executed at Raiford, Florida (city)

PRINTED NAMED: William R. Riddell   DC# 458689   Loc. M-3-105
SIGNATURE: /s/ William R. Riddell
Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026-

EXHIBIT 2

PAGE 4 OF 4

4.