# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

### CASE NO: 1:05-CV-1680-RJL

**WILLIAM R. RIDDELL,**

    **Plaintiff,**

      vs.

**DEFENSE FINANCE AND
ACCOUNTING SERVICE, ET AL.,**

    **Defendants.**

_____/

**PLAINTIFF'S RESPONSE
TO COURT ORDER FILED
OCTOBER 30, 2006**

**RECEIVED**

DEC 4 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, WILLIAM R. RIDDELL, Plaintiff, hereinafter referred to as "Riddell" or "Plaintiff" and files his response to the Order of this Court filed on October 30, 2006, and says:

1. The Order filed October 30, 2006 was received by Plaintiff on November 8, 2006;

2. The Order indicates that pending before the Court is a Motion to Dismiss filed by the Defendants;

3. Plaintiff has never been served with such a Motion by Defendants. If served by mail, it was never received by Plaintiff although Plaintiff cannot verify that the institution did not receive it and just fail to make delivery;

4. Plaintiff, therefore requests, by service of copy of this pleading, that the Defendant's furnish to him a copy of the Motion To Dismiss, and:

5. Plaintiff requests that this Court grant an enlargement of time in which Plaintiff must respond to said Motion To Dismiss sufficient to allow research and intelligent response.

WHEREFORE, Plaintiff so prays this Court to GRANT his request for copy of Defendant's Motion To Dismiss and Enlargement of Time in which to respond.

Respectfully submitted,

William R. Riddell
458689 / M-3-105
7819 N.W. 228th Street
Raiford, Florida, 32026-4230

See Page three (3) For "Oath" and "Certificate of Service".

## OATH/VERIFICATION

I, the undersigned, say I am the Petitioner in this action. I declare under penalty of perjury under the laws of the State of Florida that the foregoing allegation and statements are <u>true and correct</u>, except as too matter stated on my information and belief, and as to those matters, I believe them to be true. 92.525, F.S. See <u>Shearer v State, 628 So.2d 1102</u> (Fla. 1993)

2〕Nvv 0L
_____
DATE                                          SIGNATURE OF PETITIONER

---

## PROOF OF SERVICE BY MAIL BY PRISONER "IN PRO PER"

On the "date" specified below, I served the indicated document on opposing counsel in this action at their business address pursuant to the "Prison Mailbox Rule."

<u>Houston v Lack, 487 U.S. 266, 108 S.Ct. 2379;</u> <u>Haag v State, 591 So.2d 614</u> (Fla. 1992)

<u>Thompson v State, 761 So.2d 324</u> (Fla. 2000) <u>by placing the document in a properly addressed envelope, giving the envelope to a Correctional Officer</u> who thereafter caused the document to be <u>mailed by first class mail.</u> Receipted on envelope or pleadings by iNSt STAFF on the 27th day of NOV 2006. Case Name: RiddeLL V. D.F.A.S.

_____

### Document(s) Served (check one)

[ ] Petition for Writ of Habeas Corpus; [ ] 3.850; [ ] 3.800; [ ] Civil [ ] 2254 [ ] 2241

[✓] Others (list): Civil MATTER - LAWSUIT
_____

---

Service Upon (opposing counsel's name and address):
DEFENSE FINANCE & Acct's SERVICE
WASHiNGTON, D.C.
_____

I declare under penalty of perjury pursuant to Secton 92.525 Fla. Statutes that the foregoing is true and correct.

Executed at RAiFORD, FL (city)

PRINTED NAMED: William R. Riddell DC# 458689 Loc M3/05

SIGNATURE: _____

Union Correctional Institution
7819 N.W. 228th Street
Raiford, Florida 32026- 4230

REV. APRIL 2005