UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
JAN 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM R. RIDDELL,

Plaintiff,

v.

Civil Case No. 05-1680 (RJL)

DEFENSE FINANCE AND
ACCOUNTING SERVICE ET AL.,

Defendants.

ORDER
(January 12th, 2007)

Upon consideration of the Defendants' motion to dismiss, it is, this 12th day of January 2007, hereby

**ORDERED** that Defendants' motion to dismiss [# 6] is GRANTED; and it is further

**ORDERED** that Plaintiff's case is DISMISSED, without prejudice, for failure to properly serve the summons and complaint;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge