
RECEIVED
JAN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PROVIDED TO
UNION CORRECTIONAL INSTITUTION
ON __1-2-7__ FOR MAILING

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Civil Action No.05-01680 RJL

**WILLIAM R. RIDDELL,**

    **PLAINTIFF,**

    **VS**                            **Plaintiff's Reply to Defendant's Motion To Dismiss**

**DEPARTMENT OF DEFENSE,**

    **DEFENDANT.**
_____/

    COMES NOW, WILLIAM R. RIDDELL, "PLAINTIFF" AND FILES HIS REPLY TO THE MOTION TO DISMISS BY THE DEFENDANTS.

    DEFENDANTS ALLEGES THAT PLAINTIFF HAS FAILED TO PROPERLY AND TIMELY SERVE THE SUMMONS AND COMPLAINT. DEFENDANTS ARE INCORRECT.

    PLAINTIFF MAILED, CERTIFIED MAIL, RETURN RECEIPT REQUESTED, THE COMPLAINT TO THE REGIONAL OFFICE AND THE CENTRAL WASHINGTON OFFICE OF DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS) AS A CONVENIENCE AND COURTESY TO DEFENDANTS. THE RETURN RECEIPTS WERE EXECUTED WHEN THE MAIL WAS DELIVERED AND THEN RETURNED TO PLAINTIFF.

    MOREOVER, PLAINTIFF PAID FOR AND OBTAINED FROM THE CLERK OF THIS COURT (NANCY MAYER-WHITTINGTON, DEPUTY CLERK) SUMMONS IN THIS CASE, WHICH WERE PROVIDED ON AUGUST 22, 2005 BY THE CLERK TO THE UNITED STATES MARSHAL'S SERVICE FOR EXECUTION.

    SINCE THAT DATE, PLAINTIFF HAS HEARD NOR RECEIVED NO INFORMATION ABOUT RETURN OF PROCESS. INQUIRY TO THE UNITED STATES MARSHAL'S OFFICE HAS PRODUCED NAUGHT.

    THE ACTION IS NO SURPRIZE TO THE DFAS. DEFENDANTS ARE SEIZING ON WHAT THEY BELIEVE IS THE OPPORTUNITY TO HAVE THIS ACTION DISMISSED WITHOUT HAVING TO FURNISH THE INFORMATION SOUGHT BY THE PLAINTIFF, WHICH IS OUTLINED IN HIS COMPLAINT. INSTEAD OF DOING THE SIMPLE AND HONORABLE THING, THE DFAS HAS WASTED MORE OF MY, AND OTHERS, TAXPAYER FUNDS CONSUMING THE TIME OF THE UNITED STATES ATTORNEY'S

OFFICE TO MOVE FOR DISMISSAL RATHER THAN RESPOND WITH THE INFORMATION SOUGHT.

ACTION STILL MIGHT BE AVOIDED IF THE DFAS SIMPLY TOOK THE TIME TO ANSWER PLAINTIFF'S INQUIRY AND IF THERE ARE CHARGES FOR COPIES OF THE INFORMATION HE SEEKS, IT WILL PROMPTLY BE PAID UPON NOTICE TO PLAINTIFF.

WHEREFORE, HAVING MET THE CONDITIONS OF TTITLE 5 U.S.C. §552, ET SEQ., PLAINTIFF MOVES THIS COURT DIRECT THE DEFENDANTS TO RESPOND TO THE COMPLAINT

RESPECTFULLY SUBMITTED,

*[signature]*

WILLIAM R. RIDDELL, PLAINTIFF, PRO SE.
M-3-105   458689
7819 N.W. 228TH STREET
RAIFORD, FLORIDA, 32026-4230

## OATH

Pursuant to the laws of the State of Florida, §92.525 (FS 1993), and in the absence of having a Notary Public available, Plaintiff, William R. Riddell, hereby declares under penalty of perjury of the laws of the State of Florida and of the United States, that he has read the foregoing and gives his oath and affirmation that it contains the facts of the foregoing matter, truthfully.

DATE: 2 Jan 2007

_____
William R. Riddell, pro se

## CERTIFICATE OF SERVICE

On the date shown below, I certify that I have served a true and correct copy of the foregoing by first-class mail, United States Postal Service, with proper postage attached, upon The Honorable Mercedeh Momeni, Assistant United States Attorney, 555 4th Street, N.W., Room E4208, Washington, D.C. 20530 by placing same in the hands of the prison authorities on this ____2____ day of January, 2007 pursuant to Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379; Haag v. State, 591 So.2d 614 (Fla.1992).

_____
William R. Riddell, pro se